**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-01907-LTB-MEH

GREGORY S. DOYLE,

      Plaintiff,

v.

SAWAYA, ROSE & KAPLAN, P.C., and
JOHN AND JANE DOES 1 - 10,

      Defendants.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation to Dismiss (Doc 21 - filed May 14, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                    BY THE COURT:

                                     s/Lewis T. Babcock
                                     Lewis T. Babcock, Judge

DATED: May 15, 2008